# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| ROBERT E. SENN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-57-RWS-JBB |
| | § | |
| FNU GOSS, et al. | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| ROBERT E. SENN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-57-RWS-JBB |
| | § | |
| FNU JEFFERSON, | § | |
| | § | |
| Defendants. | § | |

| | | |
|---|---|---|
| ROBERT E. SENN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | CIVIL ACTION NO. 5:24-CV-59-RWS-JBB |
| | § | |
| FNU MOSBEY, et al. | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff Robert E. Senn, proceeding *pro se*, filed the above-referenced civil rights lawsuits under 42 U.S.C. § 1983, complaining of alleged deprivations of his constitutional rights. The cases were referred to United States Magistrate Judge J. Boone Baxter in accordance with 28 U.S.C. § 636.

On April 21, 2025, the Magistrate Judge issued a Report and Recommendation, recommending the lawsuits be dismissed without prejudice for failure to prosecute or to obey an

order of the Court. Cause Nos. 5:24-CV-57, -58, Docket No. 8; Cause No. 5:24-CV-59, Docket No. 9. Plaintiff received copies of this Report on April 28, 2025, but he has filed no objections to date. Cause Nos. 5:24-CV-57, -58, Docket No. 9; Cause No. 5:24-CV-59, Docket No. 10. Because no objections have been received, Plaintiff is barred from *de novo* review by the District Judge of of the Magistrate Judge's proposed findings, conclusions, and recommendations. Moreover, except upon grounds of plain error, an aggrieved party is barred from appellate review of the unobjected-to factual findings and legal conclusions accepted and adopted by the District Court. *See Duarte v. City of Lewisville, Texas*, 858 F.3d 348, 352 (5th Cir. 2017); *Arriaga v. Laxminarayan*, Case No. 4:21-CV-00203-RAS, 2021 WL 3287683, at *1 (E.D. Tex. July 31, 2021).

The Court has reviewed the pleadings in these causes and the Report and Recommendation of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law"). Accordingly, it is

**ORDERED** that the Report of the Magistrate Judge (Cause Nos. 5:24-CV-57, -58, Docket No. 8; Cause No. 5:24-CV-59, Docket No. 9) is **ADOPTED** as the opinion of the District Court. It is further

**ORDERED** that the above-titled civil actions are **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to obey an order of the Court.

**So ORDERED and SIGNED this 30th day of May, 2025.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE